Good morning, Your Honors. Thank you for your support. This is Loretta E. Lynch, the teacher of Al-Faqih v. Loretta E. Lynch. Your Honors, the teacher of Al-Faqih v. Loretta E. Lynch is a student of the System of Human Rights. The System of Human Rights tries to make human rights what might seem like murder or infringement of human rights. This is the title of the conference, The Tribal Conflict. It's been included in two of the loans of the war. The inclusion of the loans has, of course, been further exacerbated by the turn of the 20th century. The 20th century is a record of the many crimes and punishments of the 20th century, indicating that the Tribal Conflict serves as the basis for the current civil war. The murder of the teachers could have been more similar to the death of Al-Faqih v. Loretta E. Lynch, who was a political rival, set off a series of events which eventually led the teachers to leave the country. This was due to the fact that the teachers believed that there was no chance in life due to a political feud between the warring tribes, and that they would be next to be left in the hands of Al-Faqih v. Loretta E. Lynch. We may conclude Al-Faqih v. Loretta E. Lynch as just a plus two to her teacher. It may have shown her perhaps the political situation again, and we believe that in addition to the fact that Al-Faqih v. Loretta E. Lynch expressly accused Al-Faqih v. Loretta E. Lynch of being a rapist, it may be the record who would qualify him for asylum. I don't know this case. Sir, let me just say, Your Honors, I don't believe that due to the way that the briefing was handled, the Respondent, at some point, directly charged the petitioner for a view which expressed opposite interests, but also, as noted earlier, some of the corrections of motion to reopen. The Respondent has concluded that this was her initial bargain, and that this was not a breach of the law, and that the fact that Al-Faqih has been having those cross-constitutional views to the largest extent. We also note that the authorities have reported that the petition's authority contains meaningfully the evidence that may have been used in motion to reopen. It is therefore a reasonable treatment that the motion to reconsider is greatly judged as a necessary statement. My understanding is that the U.S. has now come to terms with the amendment with the letter to its children, and that there needs to be a formal amendment to the motion to reopen. In the U.S. and its institutions, it is aware that we are in the process of looking for support and for a new resolution to determine this. This measure is now eligible for one of the four points of the U.S. Constitution. This is one of the four points of the U.S. Constitution. The U.S. has pledged to the Constitution of the Queen that there will be a change in the Constitution so long as the Constitution is held remotely to avoid the breach of the Constitution. The members of the White House are welcome to inquire, stand, and speak for themselves. We ask that you pledge to support the motion to reopen. We are here in a period of time. Years ago, we could not be in the midst of a civil war, and the conditions currently The court also heard an analysis of the conditions for a tribunal history in the first stitching of April 14th, 12th stitching. The penalty is to be governed by a charge of torture. This is obviously not one that the Constitution requires, and as we know, that is a charge of torture. Political interests are out there. That's a common story. We can discuss that. Obviously, the court should also be here. And the court should also take some steps to make sure that we are aware of that. So, we've also held a debriefing. We've made contributions to the civil record. It seems the briefing was concluded in 2013. It seems the situation is further deteriorating. I would like to make some suggestions in addition to the presentation of the briefs that could offer a motion to reopen. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Good morning, Your Honor. My name is Elizabeth Warren. This is my brief. Thank you for your time. In this hearing, there were two key arguments that the petitioner failed to overcome in the history of the criminal justice case. First, he went to the attorney's room to review each of the contributions he made in his brief. The attorney's room had a small room of 27 years old, and the attorney's room had six individuals in it. Your Honor, based on the state name, the state criminal family plan, we felt it was appropriate for the attorney's room to be slightly larger than the previously relocated attorney's room. That's a situation that, of course, we are only a part of. It's not for the parents of the petitioner to respond to every single attorney's issue. So, in here, in this hearing, it's the law's case. It's the attorney's house. It's the attorney's home. Your Honor, this is a criminal case. Actually, it is. Well, Your Honor, this is a criminal case. Your Honor, this is a longitudinal and promotional reconsideration. So, he's not just a new activist. However, there's been some things that have changed since the original decision. Congress has approved it. We don't hear it. Congress hasn't been here saying any of this. Mr. Buesta? I can't see you, Your Honor. I can't see you. Your Honor, I'm sorry. I can't see you.  Because, Your Honor, I'm sorry to interrupt. Your Honor, I'm sorry to interrupt. Your Honor, I'm sorry to interrupt. Mr. Buesta, I can't see you. I can't see you. Your Honor, I'm sorry to interrupt. The petitioner's testimony, which is the original judge of this country, he claims that he's here because he was the most male member in the family of a state senator, and he was the most neutral member in support of segregation or assigning him to the standard suit, which is, of course, the standard child trial. I think it was recommended in the final suit. The petitioner's testimony is very much in line with the standard of the Fife family or the same family, so I don't believe it's his assumption. In general, his final comment is kind of overwhelming. I don't think any of the legislators would necessarily include him in any of the court cases. I don't think it's his assumption that he would have to make a family dispute between him and her if he wanted to. Moving on, on, and on. We're arguing about whoever disappeared into the family. I think the court judge saw that either her son or his son was being punished, and he apologized for that. In the first of the matter earlier, it was said that the family filed an appraisal and appeared to have not leaved home. He said that the petitioner's petition previews filed on Monday, May 7th, 2012, a five-day forbearance, two-day for three-day deferral. It is not the case. The timing of the petition previews and jurisdictional trial should be a way of using a place for the petitioner. And so, even if the court were to determine that the petitioner's petition previews and what's revealed, all of the petitions are going to be raised to the cost of the petition previews, which the petitioner is only going to be paid if the petition previews. So, you're going to have your letter here, and you're going to have your letter in the law firm, right? Well, based on our understanding of the case, I don't know where we need to be going with the petition previews. Thank you. Are there any questions about the petition previews? Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you.
judges: Schroeder, Tashima, Owens